08 - 00457 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

Civil No:

v.

550

Jeanne Phillips a/k/a Dear ABBY,
Defendant

Complaint

Comes now Plaintiff Jonathan Lee Riches©, moves under 42 USC 1983. Defendant has self help in newspapers. She told me to deal with it, when I'm in solitary. This offends me, she wants my abuse in prison. She is biss on felons. I seek $1k million for civil rights violation

Respectfully
Submitted
Jonathan Lee Riches©